No. 83–1944. JENSEN, DIRECTOR, DEPARTMENT OF MOTOR VEHICLES OF NEBRASKA, ET AL. *v.* QUARING. C. A. 8th Cir. Certiorari granted. 

No. 83–2064. BELL, SECRETARY OF EDUCATION *v.* NEW JERSEY. C. A. 3d Cir. Certiorari granted. 

No. 83–2146. WILSON ET AL. *v.* GARCIA. C. A. 10th Cir. Certiorari granted. 

No. 83–2161. MONTANA ET AL. *v.* BLACKFEET TRIBE OF INDIANS. C. A. 9th Cir. Certiorari granted. 

No. 84–4. WILLIAMSON COUNTY REGIONAL PLANNING COMMISSION ET AL. *v.* HAMILTON BANK OF JOHNSON CITY. C. A. 6th Cir. Certiorari granted. 

No. 83–1545. WESTERN AIR LINES, INC. *v.* CRISWELL ET AL. C. A. 9th Cir. Certiorari granted limited to Questions 2 and 3 presented by the petition. 

No. 83–1748. ALLIS-CHALMERS CORP. *v.* LUECK. Sup. Ct. Wis. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–1785. AIR FRANCE *v.* SAKS. C. A. 9th Cir. Certiorari granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States. 

No. 83–1911. LOWE ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Motion of Financial Publishers of America for leave to file a brief as *amicus curiae* granted. Certiorari granted. 

No. 83–2129. SCHREIBER *v.* BURLINGTON NORTHERN INC. ET AL. C. A. 3d Cir. Certiorari granted. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.